

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00803-CR

Kelvin James **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0167-CR
Honorable Robert E. Cadena, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's final judgment is AFFIRMED.

SIGNED September 25, 2024.

_____
Irene Rios, Justice